

Justin A. Kuehn

March 19, 2018

**BY ECF**

Hon. David N. Hurd, U.S.D.J
Alexander Pirnie Federal Bldg. and U.S. Courthouse
10 Broad Street
Utica, New York 13501

      Re:    *Chery v. Conduent Education Services, LLC*
              *Case No. 1:18-cv-75 (DNH/CFH)*

Dear Judge Hurd:

    We are co-counsel for plaintiff in the above-captioned action. We write in accordance with Federal Rule of Civil Procedure 15(a) and with the consent of defendants, to notify the Court that plaintiff intends to file an amended complaint in response to defendants' motion to dismiss, filed on March 8, 2018 [Dkt. No. 15], and to request leave to file an amended complaint in this action on or before April 10, 2018.

    We are available at the Court's convenience should Your Honor have any questions.

                                Respectfully submitted,

                                Justin Kuehn

cc: all counsel (by ECF)