

Justin A. Kuehn

April 26, 2018

**BY ECF**

Hon. David N. Hurd, U.S.D.J
Alexander Pirnie Federal Bldg. and U.S. Courthouse
10 Broad Street
Utica, New York 13501

      Re:    *Chery v. Conduent Education Services, LLC*
              Case No. 1:18-cv-75 (DNH/CFH)

Dear Judge Hurd:

      We are co-counsel for plaintiff in the above-captioned action.  We write, with the consent of defendants, to request that the Court briefly extend the schedule on defendants' motion to dismiss the Amended Complaint [Dkt. No. 20], filed on April 24, 2018 (the "Motion").  Under the current schedule plaintiff's opposition to the Motion is due on or before May 8, 2018, defendants' reply is due on or before May 14, 2018, and the return date is May 25, 2018.  Subject to the Court's consent, the parties have agreed that (i) plaintiff's opposition to the Motion shall be filed on or before May 22, 2018, (ii) defendants' reply in further support of the Motion shall be filed on or before June 5, 2018, and (iii) the return date shall be adjourned to June 22, 2018.

      Thank you for your attention to this matter.  We are available at the Court's convenience should Your Honor have any questions.

                                  Respectfully submitted,

                                  Justin Kuehn

cc: all counsel (by ECF)

**30 Wall Street, 8th floor, New York, NY 10005**

Tel: (212) 709-8245  |  E-mail: jkuehn@moorekuehn.com
Dir: (917) 818-3045  |  Website: moorekuehn.com