UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY CHERY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONDUENT EDUCATION SERVICES, LLC, *f/k/a ACS*, ACCESS GROUP, INC., and ACCESS FUNDING 2015-1, LLC,<br><br>Defendants. | Civ. No. 1:18-cv-75 (DNH/CFH)<br>Civ. No. 1:19-mc-48<br>Civ. No. 1:19-mc-51<br>Civ. No. 1:19-mc-55<br>Civ. No. 1:19-mc-59<br><br><br><br>STIPULATION |

**WHEREAS**, Plaintiff served Rule 45 subpoenas duces tecum on the Consumer Finance Protection Bureau, the New York Department of Financial Services, Great Lakes Loan Services, Inc., Navient Corporation, and Fed Loan Servicing/Pennsylvania Higher Education Assistance Agency (the "Subpoenas");

**WHEREAS,** Defendants filed motions to quash the Subpoenas in various other federal district courts, and such motions were transferred to this Court under miscellaneous matters 1:19-mc-48, 1:19-mc-51, 1:19-mc-55, and 1:19-mc-59;

**WHEREAS**, such motions remain pending under those matter numbers;

**IT IS HEREBY STIPULATED AND AGREED** among the undersigned parties, subject to the Court's approval, that:

1.   Each of the Subpoenas is hereby withdrawn, without prejudice; and

2.   Each of the motions to quash the Subpoenas is hereby withdrawn without prejudice;

Dated: January 21, 2021

| | |
|---|---|
| **BRAGAR EAGEL & SQUIRE, P.C.** | **BALLARD SPAHR LLP** |
| /s/ Lawrence P. Eagel | /s/ Thomas F. Burke |
| Lawrence P. Eagel | John C. Grugan (pro hac vice) |
| David J. Stone | Thomas F. Burke (pro hac vice) |
| 810 Seventh Avenue, Suite 620 | Daniel C. Fanaselle |
| New York, NY 10019 | 1735 Market Street, 51st Floor |
| Tel: (212) 308-5858 | Philadelphia, PA 19103 |
| Fax: (212) 486-0462 | Tel: (215) 665-8500 |
| eagel@bespc.com | gruganj@ballardspahr.com |
| stone@bespc.com | burket@ballardspahr.com |
| | fanaselled@ballardspahr.com |
| and | |
| | *Attorneys for Defendants* |
| **MOORE KUEHN, PLLC** | |
| Justin A. Kuehn | |
| Fletcher W. Moore | |
| 30 Wall Street, 8th Floor | |
| New York, NY 10005 | |
| Tel: (212) 709-8245 | |
| | |
| *Attorneys for Plaintiff* | |