# Moore Kuehn

Justin A. Kuehn

February 8, 2021

**BY ECF**

Hon. Christian F. Hummel, U.S.M.J.
United States District Court
Northern District of New York
445 Broadway
Albany, New York 12207

> Re: *Chery v. Conduent Education Services, LLC ("CES"), Case No. 1:18-cv-075*

Dear Magistrate Judge Hummel:

We represent plaintiff Jeffrey Chery in the above-captioned action. We write, in light of recent discovery, to request a one-month extension of current deadlines as outlined below:

a. Close of fact discovery from February 26, 2021 to March 26, 2021.
b. Close of all discovery, including experts, from March 31, 2021 to April 30, 2021.
c. Post discovery motions to be filed on or before from April 16, 2021 to May 14, 2021.
d. Amended/supplemental class certification motion to be filed on or before February 19, 2021 (*original motion for class certification was filed on January 15, 2021 [Dkt. No. 74], response is currently due on February 12, 2021, and reply is currently due on March 5, 2021*).
e. Response to class certification motion to be filed on or before March 19, 2021.
f. Reply in support of class certification motion to be filed on or before April 9, 2021.
g. Plaintiff's amended/supplemental opening expert reports, if any, due February 12, 2021 (*original opening expert report was served on December 31, 2020, response is currently due on February 12, 2021, and reply is currently due on February 26, 2021*).
h. Defendants' responding expert report, if any, or, if Plaintiff does not file an expert report, Defendants' opening expert report, if any, due March 19, 2021.
i. Plaintiff's reply or responding expert report, if any, due April 2, 2021.
j. Defendants' reply expert report, if any, due April 16, 2021.
k. Expert depositions to be scheduled from between March 15-26, 2021 to between April 19-30, 2021.

Hon. Christian F. Hummel, U.S.M.J.
February 8, 2021
Page | 2

    Plaintiff requests this additional time because, in response to Plaintiff's December 31, 2020 request for production of data concerning the putative class's loans, Defendants made a timely production of data on January 28, 2021. On January 29, 2021, the parties held a meet and confer, during which the parties agreed that the resources of the Court and the parties would best be conserved by permitting plaintiff to amend/supplement his opening expert report and class certification motion to limit the amount of expert and motion papers filed in this action. I have consulted with counsel for Defendants who does not object to this request.

    This is the fourth request to extend discovery and third request to extend the class certification briefing schedule.

    Thank you for your attention to this matter. We are available at the Court's convenience should Your Honor have any questions.

Respectfully,

Justin Kuehn

cc: All Counsel of Record

30 Wall Street, 8th floor, New York, NY 10005

Tel: (212) 709-8245  |  E-mail: jkuehn@moorekuehn.com
Dir: (917) 818-3045  |  Website: moorekuehn.com