**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JEFFREY CHERY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONDUENT EDUCATION SERVICES, LLC, *f/k/a ACS,* ACCESS GROUP, INC., and ACCESS FUNDING 2015-1, LLC,<br><br>Defendants. | Case No.: 1:18-cv-75 (DNH/CFH)<br><br>**NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

**PLEASE TAKE NOTICE THAT** at a time and date to be determined by the Court, the undersigned attorneys for Plaintiff Jeffrey Chery, on behalf of himself and the Class certified by this Court on May 5, 2021, shall move before the United States District Court for the Northern District of New York, the Honorable David N. Hurd presiding, at the James T. Foley United States Courthouse, 445 Broadway, Suite 509, Albany, NY 12207, or as otherwise directed, for an Order pursuant to Federal Rule of Civil Procedure 23: (1) preliminarily approving the parties' proposed class action settlement (the "Settlement") the terms and conditions of which are set forth in the Stipulation and Agreement of Settlement (the "Stipulation");  (2) approving the proposed Notices to Class Members (Exhibits A-1 and A-2 to the Stipulation); and (3) entry of the Parties' agreed-upon proposed order preliminarily approving settlement and providing notice (Exhibit A to the Stipulation). Defendants do not oppose the relief requested by this motion.

**PLEASE TAKE FURTHER NOTICE THAT** Plaintiff and the Class shall rely upon the accompanying Memorandum of Law in support of this motion, the Declaration of Justin Kuehn with exhibits, and all other documents on file in this matter.

Dated: July 22, 2022

Respectfully submitted,

   /s/ Justin Kuehn
Justin A. Kuehn
**MOORE KUEHN, PLLC**
Justin A. Kuehn
Fletcher W. Moore
30 Wall Street, 8th floor
New York, New York 10005
Tel: (212) 709-8245
jkuehn@moorekuehn.com
fmoore@moorekuehn.com

and

**BRAGAR EAGEL & SQUIRE, P.C.**
Lawrence P. Eagel
810 Seventh Avenue, Suite 620
New York, NY 10019
Tel: (212) 308-5858
eagel@bespc.com

*Co-Counsel for Plaintiff and the Class*

2