# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY CHERY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONDUENT EDUCATION SERVICES, LLC, *f/k/a ACS,* ACCESS GROUP, INC., and ACCESS FUNDING 2015-1, LLC,<br><br>Defendants. | Case No.: 1:18-cv-00075-DNH-CFH<br><br>**NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

**PLEASE TAKE NOTICE THAT** on December 1st, 2022, at 1:00 p.m., the undersigned attorneys for Plaintiff Jeffrey Chery, on behalf of himself and the Class certified by this Court on May 5, 2021, shall move before the United States District Court for the Northern District of New York, the Honorable David N. Hurd presiding, at the United States District Court, Northern District of New York, Alexander Pirnie Federal Building and U.S. Courthouse, 10 Broad Street, Utica, New York, 13501, or as otherwise directed, for an Order pursuant to Federal Rule of Civil Procedure 23 (1) finally approving the Parties' proposed class action settlement, the terms and conditions of which are set forth in the Stipulation and Agreement of Settlement [ECF No. 105-3]; (2) granting an award of attorneys' fees of $1,083,333.33 and litigation expenses of $72,667.11; (3) granting a $25,000 service award for Plaintiff; and granting such other and further relief as is just and appropriate.

**PLEASE TAKE FURTHER NOTICE THAT** Plaintiff and the Class shall rely upon the accompanying Memorandum of Law in support of this motion; the Declaration of Justin Kuehn, dated November 11, 2022; the Declaration of Lawrence Eagel, dated November 11, 2022; the

Declaration of Jeffrey Chery, dated November 10, 2022; the Declaration of Jason M. Stinehart, dated November 10, 2022; and all other documents on file in this matter.

| | |
|---|---|
| Dated: November 11, 2022 | Respectfully submitted, |

                                                                           _/s/ Justin Kuehn_
                                                                        Justin A. Kuehn
                                                                **MOORE KUEHN, PLLC**
                                                                Justin A. Kuehn
                                                                Fletcher W. Moore
                                                                30 Wall Street, 8th floor
                                                                New York, New York 10005
                                                                Tel: (212) 709-8245
                                                                jkuehn@moorekuehn.com
                                                                fmoore@moorekuehn.com

                                                                and

                                                                **BRAGAR EAGEL & SQUIRE, P.C.**

                                                                Lawrence P. Eagel
                                                                810 Seventh Avenue, Suite 620
                                                                New York, NY 10019
                                                                Tel: (212) 308-5858
                                                                eagel@bespc.com

                                                                *Co-Counsel for Plaintiff and the Class*